**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00612-CR

————————————

## IN RE TROY CONWAY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Troy Conway, has filed a *pro se* petition for writ of mandamus, seeking to compel the respondent, his former criminal defense counsel, to turn over relator's case file from his trial.[1] We do not have jurisdiction to issue a writ of mandamus directed at relator's former counsel because the requested writ neither is

---

[1] Relator identifies the respondent as Ron Hayes, attorney at law. The underlying case is *The State of Texas v. Troy Conway*, Cause No. 1255787, from the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

against a judge nor is necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b) (West 2004).

Accordingly, relator's petition for writ of mandamus is **dismissed** for want of jurisdiction.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).